**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WARREN ANNIS,

    Plaintiff,

v.                                          Case No: 8:13-cv-1888-T-30MAP

LEADING EDGE RECOVERY
SOLUTIONS, LLC and PORTFOLIO
RECOVERY ASSOCIATES, LLC,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #32).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 25th day of March, 2014.

_[signature]_
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record